■ Peter Greenblum, Appellant, v Gila Greenblum, Respondent. [25 NYS3d 598]—

Order, Supreme Court, New York County (Lori S. Sattler, J.), entered September 9, 2014, which, inter alia, granted defendant's motion for a change of venue to Kings County, unanimously affirmed, without costs.

In this matter where issues are raised regarding the custody of the parties' children and parental access, the motion court

exercised its discretion in a provident manner in granting defendant's motion for a change of venue to Kings County (*see generally Morris v Halik*, 172 AD2d 502 [2d Dept 1991]; CPLR 510 [3]). The record shows that the subject children reside with defendant in Kings County; that during the duration of the marriage the family lived in Kings County; that although plaintiff commenced the divorce action in New York County, the parties had initially agreed in their separation agreement that the action would be commenced in Kings County; that there is a family offense proceeding pending in Kings County Family Court; and that the parties have no nexus to New York County (*see e.g. Matter of Arcuri v Osuna*, 41 AD3d 841 [2d Dept 2007]).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Mazzarelli, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.